UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR26-010-JHC |
| Plaintiff, | ) | |
| v. | ) | ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |
| TALISA MANUELLA MUNOZ, | ) | |
| Defendant. | ) | |

THE COURT has considered Talisa Munoz's agreed motion to extend the pretrial motions deadline and the records in this case.  Dkt. # 22.

IT IS ORDERED that pretrial motions shall be filed no later than February 27, 2026.

DONE this 13th day of February 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
(*United States v. Munoz*, CR26-010-JHC) - 1