UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TALISA MANUELLA MUNOZ,<br>Defendant. | NO. CR26-010 JHC<br><br>ORDER SEALING EXHIBIT A TO GOVERNMENT'S SENTENCING MEMORANDUM |

Based upon the motion of the United States, Dkt. # 42, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the government's Sentencing Memorandum Exhibit A shall be sealed and shall remain sealed.

DATED this 4th day of September, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge