UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TALISA MANUELLA MUNOZ,<br>Defendant. | No. CR26-010-JHC<br><br>ORDER TO SEAL EXHIBITS |

THE COURT has considered Talisa Munoz's motion to seal Exhibits 2–5 in support of her sentencing memorandum (Dkt. # 38) and finds that there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 2–5 be filed under seal.

DONE this 8th day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE